IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DAVIDTRON LOGAN                                                                                           PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:20-cv-050-NBB-RP

YALOBUSHA COUNTY, MISSISSIPPI, ET AL.                                          DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that defendant Tommy West's motion for summary judgment is **GRANTED**, and this case is closed.

This 21st day of September, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE